No. 689. GEORGE M. DIENER ET AL., PLAINTIFFS IN ERROR, *v.* I. M. LANE ET AL. In error to the Court of Appeals of the State of Kentucky. Motion to dismiss or affirm submitted November 29, 1915. Decided December 6, 1915. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Consolidated Turnpike* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Manhattan Life Ins. Co.* v. *Cohen,* 234 U. S. 123, 137; *Easterling Lumber Co.* v. *Pierce,* 235 U. S. 380; (2) *Lancaster* v. *Thacker,* 239 U. S., *ante,* p. 625; *Wallbrecht* v. *Ingram,* 239 U. S., *ante,* p. 625; (3) *Waters-Pierce Oil Co.* v. *Texas* (No. 2), 212 U. S. 112, 118; *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102; *Overton* v. *Oklahoma,* 235 U. S. 31. *Mr. J. M. Collins* and *Mr. J. H. Hazelrigg* for the plaintiffs in error. *Mr. E. L. Worthington* for the defendants in error.

---

No. 113. HALIFAX TONOPAH MINING COMPANY, PLAINTIFF IN ERROR, *v.* JOHN W. LAWSON. In error to the Supreme Court of the State of Nevada. Argued December 7, 1915. Decided December 13, 1915. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago, Burlington & Quincy R. R.* v. *McGuire,* 219 U. S. 549; *Philadelphia, Baltimore & Washington R. R.* v. *Schubert,* 224 U. S. 603. *Mr. Henry M. Hoyt, 2d,* and *Mr. George A. Bartlett* for the plaintiff in error. *Mr. E. C. Brandenburg, Mr. Clarence A. Brandenburg* and *Mr. F. Walter Brandenburg* for the defendant in error.